**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDWARD ROSADO,

                Plaintiff,                      22 **CIVIL** 9709 (LJL)

    -v-                                      **JUDGMENT**

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 20, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing and issuance of a new decision. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

        July 21, 2023

                                                                   **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                        **BY:**

                                                                       **Deputy Clerk**